| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____FOR THE EASTERN DISTRICT OF TEXAS____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:15-cv-602 | DATE FILED<br>5/1/2015 | U.S. DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS | |
|---|---|---|---|
| PLAINTIFF<br>NONEND INVENTIONS, N.V. | | DEFENDANT<br>AT&T MOBILITY, LLC, CRICKET COMMUNICATIONS, INC., and LEAP WIRELESS INTERNATIONAL, INC. | |
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1  8,090,862 | 1/3/2012 | NONEND INVENTIONS, N.V. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiff's claims for relief against the AT&T Defendants are dismissed with prejudice as to as to products manufactured or supplied by the RPX Defendants and without prejudice otherwise. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same. |

| CLERK<br>David A O'Toole | (BY) DEPUTY CLERK<br>Michael Lantz | DATE<br>02/12/2016 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy